UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON FICKENWORTH,<br><br>Plaintiff,<br><br>v.<br><br>JIM COOPER, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00412-DJC-JDP (PC)<br><br><br><br>ORDER |

On May 10, 2023, I screened plaintiff's complaint and notified him that it did not state a claim. I granted him thirty days to file an amended complaint, ECF No. 6, but plaintiff did not do so. Accordingly, on July 5, 2023, I ordered him to show cause why this action should not be dismissed. ECF No. 8. I notified him that if he wished to continue with this action he must, within twenty-one days, file an amended complaint. I warned him that failure to do so would result in a recommendation that this action be dismissed. *Id.* Plaintiff did not file an amended complaint or otherwise respond. Thus, on August 8, 2023, I recommended that this action be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 9. I granted plaintiff fourteen days to file objections. *Id.*

1

On August 24, 2023, plaintiff filed a response stating that he did not receive either the May 10 or the July 5 order.[1]  ECF No. 10.  In light of plaintiff's filing and his status as a pro se plaintiff, I will grant him a final opportunity to file an amended complaint.  Should he again fail to file an amended complaint, the August 8, 2023 findings and recommendations will be submitted to the district judge for consideration.

Accordingly, it is hereby ORDERED that:

1. The August 8, 2023 findings and recommendations, ECF No. 9, are held in abeyance.

2. Plaintiff shall file an amended complaint within thirty days of the date of this order.

3. Should plaintiff fail to file an amended complaint within thirty days, the August 8, 2023 findings and recommendations will be submitted to the district judge for consideration.

IT IS SO ORDERED.

Dated:   August 31, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also requested a copy of his original complaint.  The Clerk's Office sent him a one-time courtesy copy of the complaint.  *See* ECF No. 10.